UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GREAT WEST CASUALTY COMPANY, CASE NO.

Interpleader-Plaintiff,

v.

NILDA MERALLA, as Personal Representative of the Estate of Tyler Brian Escudero Ferguson, RODRICK ROLLE, as Personal Representative of the Estate of Sharon Ferguson, LAWRENCIA FERGUSON, individually and as natural parent and guardian of minors S.B. and L.B., MAMO TRANSPORTATION, INC., RYDER TRUCK RENTAL, INC., and TITUS CARTER,

Interpleader-Defendants.
_____________________________________/

**COMPLAINT FOR INTERPLEADER**

COMES NOW, the Interpleader-Plaintiff, GREAT WEST CASUALTY COMPANY ("Great West"), by and through the undersigned counsel, and pursuant to 28 U.S.C §1335, Section 624.155(6)(a), Fla. Stat., Fla. R. Civ. P. 1.240, and the Federal Rules of Civil Procedure, hereby files this Complaint for Interpleader and in support thereof states as follows:

**THE PARTIES, JURISDICTION, AND VENUE**

1. At all times material hereto, Plaintiff Great West is and has been a Nebraska corporation with its principal place of business in South Sioux City, Nebraska.

2. Upon information and belief, defendant Nilda Meralla is a citizen of the state of Florida currently residing in Miami-Dade County, Florida.

3. Upon information and belief, defendant Rodrick Rolle is a citizen of the state of Florida currently residing in Miami-Dade County, Florida.

4. Upon information and belief, defendant Lawrencia Ferguson is a citizen of the state of Florida currently residing in Miami-Dade County, Florida.

5. At all times material hereto, defendant Mamo Transportation, Inc. is and has been an Indiana corporation, with its principal place of business in Osceola, Indiana.

6. At all times material hereto, defendant Ryder Truck Rental, Inc. is and has been a Florida corporation, with its principal place of business in Miami-Dade County, Florida.

7. Upon information and belief, defendant Titus Carter is a citizen of the state of Georgia currently residing in Douglas County, Georgia.

8. Jurisdiction is proper because the citizenship of the parties, set forth above, satisfies diversity requirements, and the amount in controversy exceeds $75,000.00, exclusive of costs, attorneys' fees, and interest. *See* 28 U.S.C. § 1332(a).

9. Venue is proper in the United States District Court for the Southern District of Florida, Miami Division, because one or more defendants reside there, and the acts or omissions giving rise to the claims set forth below occurred there. *See* 28 U.S.C. § 1391.

**INTERPLEADER**

10. This Interpleader action is brought pursuant to 28 U.S.C §1335, Section 624.155(6)(a), Fla. Stat., and the Federal Rules of Civil Procedure, and is for the sum of $2,000,000, which is within the jurisdictional amounts of this Court.

11. Great West issued a Commercial Lines Policy to Named Insured Mamo Transportation, Inc. ("Mamo"), bearing Policy No. GRT11197A with effective dates November

1, 2023 to November 1, 2024, which provides Covered Autos Liability Limits of $1,000,000 per "accident." (the "Policy"). A copy of the Policy is attached hereto as **Exhibit A**.

12. Great West also issued a Commercial Excess Insurance Policy to Named Insured Mamo, bearing Policy No. CEP01529A with effective dates November 1, 2023 to November 1, 2024, which provides liability limits of $1,000,000 per "occurrence." (the "Excess Policy"). A copy of the Excess Policy is attached hereto as **Exhibit B**.

13. On April 24, 2024, a motor vehicle accident occurred involving Sharon Ferguson and Titus Carter, permissive user and authorized driver of Mamo, who contracted with Ryder Truck Rental ("Ryder") for purposes of transporting a Ryder-owned tractor (the "Subject Accident").

14. Per Florida Traffic Crash Report #26331031 (the "Crash Report"), for unknown reasons Sharon Ferguson's vehicle veered into the lane Mr. Carter was traveling in, causing the right rear of her vehicle to collide with the front left of Mr. Carter's vehicle. Sharon Ferguson was noted to have "other contributing action," and Mr. Carter was noted to have "no contributing action." A copy of the Crash Report is attached hereto as **Exhibit C**.

15. The Subject Accident resulted in the unfortunate deaths of driver Sharon Ferguson and front seat passenger Tyler Ferguson, as well as bodily injuries to backseat passengers Lawrencia Ferguson and her two minor children.

16. Great West is providing a defense to Mr. Carter, Mamo, and Ryder against the claims asserted by defendants Nilda Meralla, as Personal Representative of the Estate of Tyler Brian Escudero Ferguson; Rodrick Rolle, as Personal Representative of the Estate of Sharon Ferguson; and Lawrencia Ferguson, individually and as natural parent and guardian of minors S.B. and L.B (collectively, the "Claimants").

17. On or about November 14, 2024, Great West first received notice that the Claimants' claims may be in excess of the total $2,000,000 limits available under the Policy and the Excess Policy.

18. At the time, defendant Lawrencia Ferguson had not yet set forth any individual claims or claims on behalf of minors.

19. Great West hereby is globally tendering the $1,000,000 of limits available under the Policy and the $1,000,000 of limits available under the Excess Policy in full to the Claimants to resolve their claims arising from the Subject Accident.

20. Pursuant to Section 624.155(6)(a), Fla. Stat., if the claims of two or more competing third-party claimants arising out of the Subject Accident are found to be in excess of the policy limits available, the third-party claimants are entitled to a prorated share of the policy limits as determined by the trier of fact.

21. Pursuant to Section 624.155(6)(a), Fla. Stat., Great West is a mere stakeholder as to the $1,000,000 of limits available under the Policy and the $1,000,000 of limits available under the Excess Policy.

22. Great West commenced this Interpleader action within ninety (90) days of having received notice of the competing claims in excess of the available policy limits. See § 624.155(6), Fla. Stat.

23. Accordingly, Interpleader is appropriate pursuant to Section 624.155(6)(a), Fla. Stat. and Fla. R. Civ. P. 1.240.

WHEREFORE, Interpleader-Plaintiff, GREAT WEST CASUALTY COMPANY, respectfully requests this Honorable Court to enter an Order:

a) Determining that Interpleader is appropriate in this matter;

b) Authorizing GREAT WEST CASUALTY COMPANY to pay into the registry of the Court the $1,000,000 of limits available under the Policy and the $1,000,000 of limits available under the Excess Policy;

c) Providing that GREAT WEST CASUALTY COMPANY be discharged from all liability to all interested parties of the $1,000,000 of limits available under the Policy and the $1,000,000 of limits available under the Excess Policy;

d) Determine the prorated share of the $1,000,000 of limits available under the Policy and the $1,000,000 of limits available under the Excess Policy to be divided amongst the Claimants;

e) Requiring the Claimants to interplead and litigate between themselves their respective rights to the $1,000,000 of limits available under the Policy and the $1,000,000 of limits available under the Excess Policy;

f) Providing that, pursuant to Section 624.155(6), Fla. Stat., all interested parties subject to this action be restrained and estopped from initiating any action against GREAT WEST CASUALTY COMPANY for recovery of the $1,000,000 of limits available under the Policy and the $1,000,000 of limits available under the Excess Policy and any amounts in excess of such policy limits which the trier of fact may find the competing third-party claimants are entitled to in this action; and

g) Granting such other and further relief as the Court may deem just and equitable.

Dated: February 12, 2025

**DINSMORE & SHOHL LLP**
200 S. Biscayne Boulevard
Suite 2401
Miami, FL 33131
Telephone: 786-957-1136
Facsimile: 786-957-1158

*/s/ Seth V. Alhadeff*
SETH V. ALHADEFF
Florida Bar No. 525235
Seth.Alhadeff@dinsmore.com
RAVIKA R. MARCADIS
Florida Bar No. 123659
Ravika.Rameshwar@dinsmore.com
LORENA M. ALFONSO
Florida Bar No. 1010903
Lorena.Alfonso@dinsmore.com
*Attorneys for Plaintiff Great West Casualty Company*