Filing # 199920382 E-Filed 06/05/2024 03:44:49 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO:

CARMIE FERGUSON, Individually, and as personal representative of the Estate of SHARON FERGUSON, deceased.

Plaintiff,

vs.

CARTER DANIEL, a Georgia Resident, MAMO TRANSPORTATION, INC., an Indiana Corporation, and RYDER TRUCK RENTAL, INC., a Florida Corporation.

Defendants.

_______________________________________/

# COMPLAINT

Plaintiff, CARMIE FERGUSON, Individually, and as personal representative of the Estate of SHARON FERGUSON, deceased, hereby sues Defendants CARTER DANIEL, a Georgia Resident, MAMO TRANSPORTATION, INC., an Indiana Corporation, and RYDER TRUCK RENTAL, INC., a Florida Corporation and alleges:

## THE PARTIES, JURISDICTION AND VENUE

1. This is an action for damages for wrongful death pursuant to Fla. Stat. §768.21 and the Wrongful Death Act.

2. This is an action for damages in excess of $50,000.00 exclusive of attorney's fees and costs and within the jurisdiction of this Court.

3. At all times material hereto, CARMIE FERGUSON, the natural mother of SHARON FERGUSON, has petitioned to open an estate and to be appointed as personal representative in Miami Dade County, Florida and the petition is pending. CARMIE FERGUSON

is filing the complaint as the prospective personal representative according to §733.601. See attached petition for administration as Exhibit A.

4. At all times material hereto, Dante Ferguson, surviving son of SHARON FERGUSON, deceased. Dante Ferguson is a claimant/survivor pursuant to Fla. Stat. §768.21 and the Wrongful Death Act.

5. At all times material hereto, Roderick Rolle, surviving son of SHARON FERGUSON, deceased. Roderick Rolle is a claimant/survivor pursuant to Fla. Stat. §768.21 and the Wrongful Death Act.

6. At all times material hereto, Maquello Ferguson, surviving son of SHARON FERGUSON, deceased. Maquello Ferguson is a claimant/survivor pursuant to Fla. Stat. §768.21 and the Wrongful Death Act.

7. At all times material hereto, Arya Ferguson, surviving son of SHARON FERGUSON, deceased. Arya Ferguson is a claimant/survivor pursuant to Fla. Stat. §768.21 and the Wrongful Death Act.

8. At all times material hereto, Lawrencia Ferguson, surviving son of SHARON FERGUSON, deceased. Lawrencia Ferguson is a claimant/survivor pursuant to Fla. Stat. §768.21 and the Wrongful Death Act.

9. Upon information and belief Defendant, CARTER DANIEL, is a Georgia Resident.

10. The Defendant, Mamo Transportation, Inc., is an Indiana Corporation, in the business of trucking, conducting business in the State of Florida.

11. The Defendant, Ryder Truck Rental, Inc., is a Florida Corporation with a Principal Place of Business in Miami Dade County.

**GENERAL ALLEGATION**

12. This is a wrongful death action that arises out of a tractor trailer vs. van.

13. On or about May 1st, 2024, decedent, Sharon Ferguson, was the driver of a 2020 Chrysler Pacifica. VIN 2C4RC1GG8NR162365, heading southbound on I-75, in Marion County, Florida.

14. At around 10:15 a.m. the vehicle driven by Sharon Ferguson was suddenly and without warning struck by the 2023 International tractor trailer, owned by Mamo Transportation, Inc. (vin 3HSDZAPR4PN249329).

15. At that time and place the 2023 International tractor trailer, owned by Mamo Transportation, Inc. (vin 3HSDZAPR4PN249329) was being operated by Carter Daniel.

16. Upon information and belief, Defendant, Ryder Truck Rental, Inc., contracted with Mamo Transportation, Inc. to transport one of their vehicles to Florida.

17. At all times material hereto, Mamo Transportation, Inc. is vicariously liable for the negligence of their employees, servants, agents, and/or apparent agent, including but not limited to Carter Daniel.

18. At all times material hereto, Ryder Truck Rental, Inc.is vicariously liable for the negligence of their employees, servants, agents, and/or apparent agent, including but not limited to Carter Daniel and/or Mamo Transportation, Inc.

19. Upon information and belief Carter Daniel was in the course and scope of his employment for Mamo Transportation, Inc. and/or Ryder Truck Rental, Inc.

20. Venue is proper as Ryder Truck Rental, Inc. has a principal place of business in Miami Dade County, Florida.

**COUNT I**
**NEGLIGENCE AGAINST CARTER DANIEL**

21. Plaintiff realleges and incorporates by reference the allegations contained in 1 through 20 and further alleges:

22. Defendant, CARTER DANIEL had a duty to use reasonable care in the operation of his motor vehicle, and to operate it in a non—negligent manner.

23. At all times material hereto, CARTER DANIEL, breached his duty of reasonable care owed to the Plaintiff by negligently and recklessly operating the above-described vehicle.

24. On or about May 1st, 2024, CARTER DANIEL, was negligent and breached his aforementioned duty of care in the following ways:

a. Operating a vehicle too fast for the conditions;
b. Failing to maintain control of the vehicle;
c. Operating the vehicle in a reckless, careless, negligent, inattentive, and distracted manner without consideration for the general public;
d. Operating his vehicle in a careless manner;
e. Failing to appreciate the vehicles in front of him;
f. Failing to keep a proper lookout for vehicles on the roadway.

25. As a further direct and proximate result of the above-descried negligence, the Estate of Sharon Ferguson suffered damages in the form of medical and funeral expenses and loss of net accumulations.

26. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Dante Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Dante Ferguson will suffer these losses into the future.

27. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Roderick Rolle has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Roderick Roll will suffer these losses into the future.

28. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Marquello Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Marquello Ferguson will suffer these losses into the future.

29. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Arya Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon

Ferguson's support and services. The losses are permanent and continuing, and Arya Ferguson will suffer these losses into the future.

30. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Lawrencia Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Lawrencia Ferguson will suffer these losses into the future.

**Count II**
**Vicarious Liability Against Mamo Transportation, Inc.**

31. Plaintiff adopts and re-alleges paragraphs 1 through 20 as if fully set forth herein.

32. At all times material hereto, Defendant, MAMO TRANSPORTATION, INC., had a duty individually and by and through their agents, apparent agents, servants, and/0r employees, including but not limited to, CARTER DANIEL, to use reasonable care in the operation of the 2023 International truck, and to operate the vehicle in a non-negligent manner.

33. Defendant, MAMO TRANSPORTATION, INC., is at all times vicariously liable for the negligent acts 0f their agents, apparent agents, servants, and/or employees, including but not limited to, Defendant CARTER DANIEL, acting within the course and scope of their agency, apparent agency, servitude, and/or employment.

34. At all times material hereto, Carter Daniel, breached that duty of reasonable care owed to the Plaintiff by negligently and recklessly operating the above—described truck as an employee and/or agent of Mamo Transportation, Inc. in the course and scope of his employment/or agency. The above-described truck was being operated by Carter Daniel for the benefit and use of

Mamo Transportation, Inc. Defendant, Carter Daniel, was negligent and breached his duty of care to Plaintiff as follows:

a. Operating a vehicle too fast for the conditions;

b. Failing to maintain control of the vehicle;

c. Operating the vehicle in a reckless, careless, negligent, inattentive, and distracted manner without consideration for the general public;

d. Operating his vehicle in a careless manner;

e. Failing to appreciate the vehicles in front of him;

f. Failing to keep a proper lookout for vehicles on the roadway.

35. As a further direct and proximate result of the above-descried negligence, the Estate of Sharon Ferguson suffered damages in the form of medical and funeral expenses and loss of net accumulations.

36. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Dante Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Dante Ferguson will suffer these losses into the future.

37. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Roderick Rolle has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon

Ferguson's support and services. The losses are permanent and continuing, and Roderick Roll will suffer these losses into the future.

38. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Marquello Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Marquello Ferguson will suffer these losses into the future.

39. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Arya Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Arya Ferguson will suffer these losses into the future.

40. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Lawrencia Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Lawrencia Ferguson will suffer these losses into the future.

**COUNT III**
**Vicarious Liability Against Ryder Truck Rental, Inc.**

41. Plaintiff adopts and re-alleges paragraphs 1 through 20 as if fully set forth herein.

42. At all times material hereto, Defendant, RYDER TRUCK RENTAL, INC. had a duty individually and by and through their agents, apparent agents, servants, and/0r employees,

including but not limited to, CARTER DANIEL and/or MAMO TRANSPORTATION, INC., to use reasonable care in the operation of the 2023 International truck, and to operate the vehicle in a non-negligent manner.

43. Defendant, RYDER TRUCK RENTAL, INC. is at all times vicariously liable for the negligent acts of their agents, apparent agents, servants, and/or employees, including but not limited to, Defendant CARTER DANIEL and/or MAMO TRANSPORTATION, INC., acting within the course and scope of their agency, apparent agency, servitude, and/or employment.

44. At all times material hereto, Carter Daniel, breached that duty of reasonable care owed to the Plaintiff by negligently and recklessly operating the above—described truck as an employee and/or agent of RYDER TRUCK RENTAL, INC. in the course and scope of his employment/or agency. The above-described truck was being operated by Carter Daniel for the benefit and use of RYDER TRUCK RENTAL, INC. Defendant, Carter Daniel, was negligent and breached his duty of care to Plaintiff as follows:

a. Operating a vehicle too fast for the conditions;

b. Failing to maintain control of the vehicle;

c. Operating the vehicle in a reckless, careless, negligent, inattentive, and distracted manner without consideration for the general public;

d. Operating his vehicle in a careless manner;

e. Failing to appreciate the vehicles in front of him;

f. Failing to keep a proper lookout for vehicles on the roadway.

45. As a further direct and proximate result of the above-descried negligence, the Estate of Sharon Ferguson suffered damages in the form of medical and funeral expenses and loss of net accumulations.

46. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Dante Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Dante Ferguson will suffer these losses into the future.

47. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Roderick Rolle has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Roderick Roll will suffer these losses into the future.

48. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Marquello Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Marquello Ferguson will suffer these losses into the future.

49. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Arya Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon

Ferguson's support and services. The losses are permanent and continuing, and Arya Ferguson will suffer these losses into the future.

50. As a further direct and proximate result of the above-described negligence and resulting death of Sharon Ferguson, Lawrencia Ferguson has suffered and will continue to suffer loss of Sharon Ferguson's companionship and protection, mental pain and suffering, and loss of Sharon Ferguson's support and services. The losses are permanent and continuing, and Lawrencia Ferguson will suffer these losses into the future.

WHEREFORE Plaintiff, CARMIE FERGUSON, Individually, and as prospective personal representative of the Estate of Sharon Ferguson, deceased, demands judgment against Defendants, CARTER DANIEL, a Georgia Resident, MAMO TRANSPORTATION, INC., an Indiana Corporation, and RYDER TRUCK RENTAL, INC., a Florida Corporation, for compensatory damages in excess of $50,000, exclusive of costs. Plaintiff further demands a trial by jury on all issues so triable.

DATED this 5th day of June, 2024.

Clell C. Warriner
Florida Bar No.: 1025779
Attorney E-Mail: cwarriner@searcylaw.com
Primary E-Mail: warrinerteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, PA
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax: (561) 710- 2364
Attorney for Plaintiff

## COUNSEL LIST

Clell C. Warriner
Attorney E-Mail: cwarriner@searcylaw.com
Primary E-Mail: warrinerteam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, PA
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax: (561) 710- 2364
***Attorney for Plaintiff***

# EXHIBIT A

Filing # 199282444 E-Filed 05/28/2024 02:10:38 PM

**IN THE CIRCUIT COURT FOR MIAMI-DADE COUNTY, FLORIDA** **PROBATE DIVISION**
**IN RE: ESTATE OF**

**SHARON HORTANCE FERGUSON**
**Deceased.**

**File No.**

**Division**

## PETITION FOR ADMINISTRATION
### (intestate Florida resident - single petitioner)

Petitioner, Carmie Ferguson, alleges:

1. Petitioner has an interest in the above estate as decedent's mother. Petitioner's address is 1611 SW 11th Court, Apt. 3, Fort Lauderdale, Florida 33312, and the name and office address of petitioner's attorney are set forth at the end of this petition.

2. Decedent, Sharon Hortance Ferguson, whose last known address was 4921 NW 6th Avenue, Miami, Florida 33127 and the last four digits of whose social security number are 2056, died on April 24, 2024, at the roadway at I-75 southbound mile marker 365. On the date of death, decedent was domiciled in MIAMI-DADE County, Florida, and died intestate.

3. So far as is known, the names of the beneficiaries of this estate and of the decedent's surviving spouse, if any, their addresses and relationships to decedent, and the years of birth of any who are minors, are:

| NAME | ADDRESS | RELATIONSHIP | YEAR OF BIRTH (if Minor) |
|---|---|---|---|
| Dante Ferguson | | Son | |
| Roderick Shawn Rolle a/k/a RJ Ferguson | 4921 N.W. 6th Ave. Miami, FL 33127 | Son | |

| | | |
|---|---|---|
| Maquello Ferguson | Son | |
| Tyler Brian Ferguson | Deceased Son | N/A |
| Arya Ferguson | Daughter | |
| Lawrencia Ferguson | Daughter | |

4. Venue of this proceeding is in this county because it was the county of the decedent's residence at the time of the decedent's death.

5. Carmie Ferguson, whose address is 1611 SW 11th Court, Apt. 3, Fort Lauderdale, FL 33312, is qualified to serve as personal representative of the decedent's estate because she has not been convicted of a felony, is mentally and physically able to perform the duties of personal representative, is 18 years of age or older, and is a resident of Florida.

6. Carmie Ferguson has not been convicted in any state or foreign jurisdiction of abuse, neglect or exploitation of an elderly person or a disabled adult as those terms are defined in Florida Statutes section 825.101.

7. Carmie Ferguson has preference to serve as personal representative because she was selected by a majority in interest of the heirs and/or the best qualified to serve.

8. No person has equal or higher preference to be appointed personal representative.

9. The nature and approximate value of the assets in this estate are currently unknown but are believed to exceed $75,000, and include an action for wrongful death regarding the decedent. Petitioner has hired counsel to bring the wrongful death counsel and the complaint is in the process of being finalized and filed.

10. This estate will not be required to file a federal estate tax return.

11. After the exercise of reasonable diligence, Petitioner is unaware of any unrevoked wills or codicils of decedent.

12. Domiciliary or principal probate proceedings are not known to be pending in another state or country.

Petitioner requests that Carmie Ferguson, be appointed personal representative of the estate of the decedent.

[This section intentionally blank]

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

Signed on this 24th day of May, 2024.

C.F
Carmie Ferguson
Petitioner

Zachary M. Rothman
Attorney for Petitioner
Florida Bar Number: 117924
JONES FOSTER P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 659-3000
Fax: (561) 650-5300
E-Mail: zrothman@jonesfoster.com
Secondary E-Mail: rfrancis@jonesfoster.com

#5573846 v1 NEW-ZMR