**GREAT WEST CASUALTY COMPANY**

All Claims Correspondence | P.O. Box 94, South Sioux City, NE 68776 | T: 800.228.8602 | F: 800.833.1851

*The Difference is Service®*

September 5, 2024

***VIA US MAIL AND CERTIFIED MAIL - RETURN RECEIPT REQUESTED***

MAMO TRANSPORTATION INC.
ATTN MICHELLE SLISZ
1247 3RD ST
OSCEOLA IN 46561-2053

TITUS CARTER
6751 OAKLAND DRP
DOUGLASVILLE GEORGIA 30135-3549

COPY

| | |
|---|---|
| O/Primary File: | 000-00-T23887 |
| O/Primary Policy # | GRT11197A |
| O/Umbrella File: | 024-08-001975 |
| O/Umbrella Policy #: | CEP01529A |
| O/Insured: | Mamo Transportation Inc. |
| Claimant(s): | Legacy A. Ballista-Ferguson, Tyler B. Ferguson, Lawrencia Suekeena Ferguson, Santana A. Ballista, and Sharon Hortence Ferguson |
| | O/Primary Policy: $1,000,000 USD |
| O/Umbrella Policy: | $1,000,000 USD |
| Policy Periods: | 11/1/23 to 11/1/24 |
| D/Loss: | 4/24/24 |

Dear Ms. Slisz and Mr. Carter:

As you are aware, a commercial auto being operated under the authority of Mamo Transportation Inc. was involved in an accident that occurred on April 24, 2024, on Interstate 75 southbound in Marion County, Florida. The accident caused the deaths of two individuals, Sharon Ferguson, age 49, and her fifteen (15) year old son, Tyler Ferguson. Three other occupants of the claimant vehicle were also injured. The purpose of this letter is to advise you that based on our investigation to date, it has become evident that the potential for an excess exposure does exist in this matter and the coverage provided by Great West Casualty Company ("Great West") may be insufficient for the claims that are being pursued in this matter. The damages resulting from this loss may have a value in excess of the policy limits of insurance provided to you by Great West. Based upon the potential damages and exposure presented by this loss, this shall serve as notice to you of an excess exposure. As your insurer, we have a duty to advise you of settlement opportunities, to advise you as to the probable outcome of the matter and/or litigation, and to warn you of the possibility of an excess judgment and any steps you might take to avoid the same.

As you know, Great West provides coverage to Mamo Transportation Inc. under Policy Numbers GRT11197A (Primary) and CEP01529A (Excess) with effective dates of November 1, 2023 to November 1, 2024. The Great West limits of liability insurance is $2,000,000 US ($1,000,000 primary and $1,000,000 excess) combined single limit. If you carry any other umbrella or excess insurance with any other carriers, please notify them of this loss and give them my contact information. I would also appreciate your providing me with the names of those carriers and the amount of coverage they provide. My understanding is there is no other excess or umbrella coverage at the time of the incident. If this is incorrect, please let me know.

In addition to the available insurance coverage provided by Great West, you may also volunteer to contribute funds toward settlement if the matter reaches the point where additional funds from you may assist in getting the matter settled. While you are not obligated to contribute anything toward a settlement, I am informing you that you have the right to do so, if you so desire. I will keep you apprised of any settlement negotiations so that you are fully aware of all aspects of the claim.

Additionally, I want to remind you that you may, at your own expense, engage legal counsel of your choice to participate in the investigation, evaluation, potential settlement and/or potential defense of this matter. The notice of your right to retain your own separate counsel is not a request on the part of Great West. I am only informing you of your right to seek out your own legal counsel for the potential excess exposure in this matter and for you to also discuss if it may (or may not) be in your best interest to consider a voluntary contribution toward any settlement. Moreover, you may wish to engage legal counsel of your choice to further discuss with the attorney the potential for excess exposure over and above the limits of available insurance and what steps you might take to protect your assets. If you decide to retain personal counsel our defense counsel will assist your personal counsel in any questions or concerns regarding the case.

As you know, Attorneys Ben Esco and Stephen Rosansky of the law firm of Cole, Scott, & Kissane, P.A. is defending Mamo Transportation Inc. and Titus Carter in this matter and will try to facilitate a settlement of the case. They will attempt to work in harmony with you to resolve the claims consistent with the pertinent Florida statutes and Florida case law, which may be applicable to this claim.

If you have any questions or concerns about this claim or this letter, please feel free to contact me at 812-337-4265 or via email at m.buckley@gwccnet.com.

When corresponding with Great West Casualty Company, please refer to our claim number 000-00-T23887. The primary policy number is GRT11197A. Great West Casualty Company's mailing address is P.O. Box 94, South Sioux City, Nebraska 68776.

COPY

Sincerely,

GREAT WEST CASUALTY COMPANY

Michael E. Buckley

Michael E. Buckley
Assistant Vice President, Claims
812-337-4265
m.buckley@gwccnet.com

EMBsp5mti/nr

CC: BENJAMIN ESCO
STEPHEN ROSANSKY
COLE SCOTT & KISSANE
9150 SOUTH DADELAND BLVD STE 1400
MIAMI FL 33256

HNI RISK SERVICES - 0820
1821 WALDEN OFFICE SQ STE 350
SCHAUMBURG IL 4285