SCOLARO LAW
HUSTLE & HEART SET US APART ™

January 27, 2025

**Via Email** ben.esco@csklegal.com
Benjamin Esco, Esquire
Cole,Scott & Kissane
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855

**Re: Estate of Ferguson v. Mamo Transportation, Inc.**

Dear Mr. Esco,

It was a pleasure speaking with you on Friday. As I discussed with you, we represent Lawrencia Ferguson, Santana Ballista and Legacy Ballista. Lawrencia sustained a massive fracture to her right leg. Her son, Santana, also sustained a fractured arm. Lawrencia has already undergone reconstructive surgery. I am not yet in possession of their medical records nor bills.

However, I understand that there is a limited $2M single limit policy for your client. With what we already know about the damages and liability it is apparent that the policy limits are insufficient to fully compensate my clients. Therefore, we are now making a demand for payment of the policy limits. I understand that new counsel for the Estate is coming into the case. I do not know their position on making a claim against your client. I only know that my client and Mr. Davis' client have now made a demand for payment of the policy limits and that those limits should be tendered forthwith to our respective clients.

If you have any questions, please feel free to give me a call at your convenience.

Very truly yours,

Thomas Scolaro

TS/aa
Enclosures (photos)