## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 25-cv-20642-JB

GREAT WEST CASUALTY COMPANY,

     Interpleader-Plaintiff,

v.

NILDA MERALLA, as Personal
Representative of the Estate of Tyler Brian
Escudero Ferguson, RODRICK ROLLE, as
Personal Representative of the Estate of
Sharon Ferguson, LAWRENCIA
FERGUSON, individually and as natural
parent and guardian of minors, S.B. and L.B.,
MAMO TRANSPORTATION, INC., RYDER
TRUCK RENTAL, INC, and TITUS
CARTER,

     Interpleader-Defendants.

_____/

### T.F. ESTATE'S CERTIFICATE OF INTERESTED PARTIES
### AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's February 18, 2025 Paperless Order Regarding Procedures [DE 4], Interpleader-Defendant, Nilda Meralla, as Personal Representative of the Estate of Tyler Brian Escudero Ferguson ("T.F. Estate"), hereby discloses the following:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have a financial interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies

that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Nilda Meralla (Interpleader-Defendant) (Florida Citizen)

- Juan Escudero (Survivor of Tyler Brian Escudero Ferguson) (Florida Citizen)

- Davis Goldman, PLLC (Counsel for T.F. Estate) (Florida Limited Liability Company)

- Aaron P. Davis, Esq. (Counsel for T.F. Estate) (Florida Citizen)

- Michael Bild, Esq. (Counsel for T.F. Estate) (Florida Citizen)

- Laura Arango, Esq. (Counsel for T.F. Estate) (Florida Citizen)

- Great West Casualty Company (Interpleader-Plaintiff)

- All individuals and entities listed in Interpleader-Plaintiff's and co-Interpleader-Defendant's Certificates of Interested Parties and Corporate Disclosure Statement not otherwise listed in this document

- Dinsmore & Shohl LLP (Counsel for Interpleader-Plaintiff)

- Seth V. Alhadeff, Esq. (Counsel for Interpleader-Plaintiff)

- Ravika R. Marcadis, Esq. (Counsel for Interpleader-Plaintiff)

- Lorena M. Alfonso, Esq. (Counsel for Interpleader-Plaintiff)

- Janice Lopez, Esq. (Counsel for Interpleader-Plaintiff)

- Scolaro Law, P.A. (Counsel for Interpleader-Defendant, Lawrencia Ferguson)

- Thomas Scolaro, Esq. (Counsel for Interpleader-Defendant, Lawrencia Ferguson)

- Maxwell Malvin, Esq. (Counsel for Interpleader-Defendant, Lawrencia Ferguson)

- Searcy Denney Scarola Barnhart & Shipley, P.A. (Counsel for Interpleader-Defendant, Rodrick Rolle)

- Clell C. Warriner, IV, Esq. (Counsel for Interpleader-Defendant, Rodrick Rolle)

- Clell C. Warriner, III, Esq. (Counsel for Interpleader-Defendant, Rodrick Rolle)

DAVIS GOLDMAN, PLLC · MIAMI | PLANTATION · TEL 305·800·6673 · FAX 305·675·7880

- Guilday Law, P.A. (Counsel for Interpleader-Defendant, Titus Carter)

- Thomas J. Guilday, Esq. (Counsel for Interpleader-Defendant, Titus Carter)

- Sarah Finney Kjellin, Esq. (Counsel for Interpleader-Defendant, Titus Carter)

- Goldberg Segalla, LLP (Counsel for Interpleader-Defendant, Ryder Truck Rental, Inc.)

- Catherine Cindric, Esq. (Counsel for Interpleader-Defendant, Ryder Truck Rental, Inc.)

2.      T.F. Estate certifies that, except as disclosed above, T.F. Estate and its counsel are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and they will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

**DAVIS GOLDMAN, PLLC**
*Attorneys for Interpleader-Defendant Nilda*
*Meralla, as Personal Representative of the Estate of*
*Tyler Brian Escudero Ferguson*
1221 Brickell Avenue, Suite 1860
Miami, FL 33131
Telephone: (305) 800-6673
Facsimile: (305) 675-7880
Emails: adavis@davisgoldman.com;
mbild@davisgoldman.com;
larango@davisgoldman.com
Secondary Email: eservice@davisgoldman.com

By: */s/ Aaron P. Davis*
      AARON P. DAVIS
      Fla. Bar No.: 0058463
      MICHAEL BILD
      Fla. Bar No.: 1003841
      LAURA ARANGO
      Fla. Bar No.: 1044022

3

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 20, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: */s/ Aaron P. Davis*
    AARON P. DAVIS

## SERVICE LIST

Seth V. Alhadeff, Esquire
Ravika R. Marcadis, Esquire
Lorena M. Alfonso, Esquire
Janice Lopez, Esquire
DINSMORE & SHOHL LLP
200 S. Biscayne Boulevard, Suite 2401
Miami, FL 33131
Tel: 786-957-1136/ Fax: 786-957-1158
Seth.Alhadeff@dinsmore.com
Ravika.Rameshwar@dinsmore.com
Lorena.Alfonso@dinsmore.com
Janice.Lopez@dinsmore.com
*Attorneys for Interpleader-Plaintiff, Great West
Casualty Company*

Catherine Cindric, Esquire
GOLDBERG SEGALLA, LLP
500 S. Australian Avenue, Suite 1000
West Palm Beach, FL 33401
chiggins@golbergsegalla.com
rjanis@goldbereseealla.com
ngiombetti@golbergsegalla.com
*Attorneys for Interpleader-Defendant, Ryder
Truck Rental, Inc.*

Clell C. Warriner, IV, Esquire
Clell C. Warriner, III, Esquire
SEARCY DENNEY SCAROLA BARNHART
& SHIPLEY, PA
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300/ Fax: (561) 710-2364
Attorney E-Mail: cwarriner@searcylaw.com;
ccw@searcylaw.com
Primary E-Mail: warrinerteam@searcylaw.com
*Attorneys for Interpleader-Defendant, Rodrick
Rolle as Personal Representative of the Estate of
Sharon Ferguson*

Thomas Scolaro, Esquire
Maxwell Malvin, Esquire
SCOLARO LAW, P.A.
1728 Coral Way, Suite 702
Miami, FL 33145
Tel: 305-424-2300/ Fax: 305-424-2140
tom@usinjury.law
max@usinjury.law
ana@usinjury.law
barbie@usinjury.law
*Attorneys for Interpleader-Defendant,
Lawrencia Ferguson individually and as
natural parent and guardian of minors, S.B. and
L.B.*

Thomas J. Guilday, Esquire
Sarah Finney Kjellin, Esquire
GUILDAY LAW, P.A.
1566 Village Square Boulevard
Tallahassee, Florida 32309
(850) 224-7091 office
tom@guildaylaw.com
sarah@guildaylaw.com
Secondary E-Mail Addresses:
cindy@guildaylaw.com
ashlee@guildaylaw.com
*Attorneys for Interpleader-Defendant, Titus
Carter*