UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GREAT WEST CASUALTY COMPANY,                    CASE NO. 25-CV-20642-JB

      Interpleader-Plaintiff,

v.

NILDA     MERALLA,    as    Personal
Representative of the Estate of Tyler Brian
Escudero Ferguson, RODRICK ROLLE, as
Personal Representative of the Estate of
Sharon      Ferguson,      LAWRENCIA
FERGUSON, individually and as natural
parent and guardian of minors S.B. and
L.B., MAMO TRANSPORTATION, INC.,
RYDER TRUCK RENTAL, INC., and
TITUS CARTER,

      Interpleader-Defendants.

_____/

## GREAT WEST CASUALTY COMPANY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Interpleader-Plaintiff, Great West Casualty Company, hereby discloses the following pursuant to this Court's Paperless Order Regarding Procedures [D.E. 4]:

**The name of each person, associated person, firm, partnership, or corporations that has or may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party in this case:**

**RESPONSE**:

Great West Casualty Company certifies that it is a Nebraska corporation wholly owned (100%) by ORIGreatWest Holdings, Inc. ORIGreatWest Holdings, Inc. is a Delaware corporation

wholly owned (100%) by Old Republic General Insurance Group, Inc. Old Republic General Insurance Group, Inc. is a Delaware corporation wholly owned (100%) by Old Republic International Corporation. Old Republic International Corporation is a Delaware corporation that is publicly traded on the NYSE.

Interpleader-Plaintiff: Great West Casualty Company

Counsel for Interpleader-Plaintiff: Seth V. Alhadeff, Esq., Ravika R. Marcadis, Esq., Lorena M. Alfonso, Esq., and Janice Lopez, Esq. of Dinsmore & Shohl LLP

Interpleader-Defendant Nilda Meralla, as Personal Representative of the Estate of Tyler Brian Escudero Ferguson

Counsel for Interpleader-Defendant Nilda Meralla: Aaron P. Davis, Esq., Michael Bild, Esq., and Laura Arango, Esq. of Davis Goldman, PLLC

Interpleader-Defendant Rodrick Rolle, as Personal Representative of the Estate of Sharon Ferguson

Counsel for Interpleader-Defendant Rodrick Rolle: Clell C. Warriner, IV, Esq. and Clell C. Warriner, III, Esq. of Searcy Denney Scarola Barnhart & Shipley, PA

Interpleader-Defendant Lawrencia Ferguson, individually and as natural parent and guardian of minors S.B. and L.B.

Counsel for Interpleader-Defendant Lawrencia Ferguson: Thomas Scolaro, Esq. and Maxwell Malvin, Esq. of Scolaro Law, P.A.

Interpleader-Defendant Mamo Transportation, Inc.

Interpleader-Defendant Ryder Truck Rental, Inc.

Counsel for Interpleader-Defendant Ryder Truck Rental, Inc.: Catherine Cindric, Esq. of Goldberg Segalla, LLP

Interpleader-Defendant Titus Carter

Counsel for Interpleader-Defendant Titus Carter: Thomas J. Guilday, Esq. and Sarah Finney Kjellin, Esq. of Guilday Law, P.A.

Dated: August 22, 2025

/s/ Seth V. Alhadeff
SETH V. ALHADEFF
Florida Bar No. 525235
Seth.Alhadeff@dinsmore.com
RAVIKA R. MARCADIS
Florida Bar No. 123659
Ravika.Rameshwar@dinsmore.com
LORENA M. ALFONSO
Florida Bar No. 1010903
Lorena.Alfonso@dinsmore.com
JANICE LOPEZ
Florida Bar No. 1032538
Janice.Lopez@dinsmore.com
*Counsel for Interpleader-Plaintiff Great West Casualty Company*