UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GREAT WEST CASUALTY COMPANY,                    CASE NO. 25-CV-20642-JB

      Interpleader-Plaintiff,

v.

NILDA MERALLA, as Personal
Representative of the Estate of Tyler Brian
Escudero Ferguson, RODRICK ROLLE, as
Personal Representative of the Estate of
Sharon Ferguson, LAWRENCIA
FERGUSON, individually and as natural
parent and guardian of minors S.B. and
L.B., MAMO TRANSPORTATION, INC.,
RYDER TRUCK RENTAL, INC., and
TITUS CARTER,

      Interpleader-Defendants.
_____/

## INTERPLEADER DEFENDANT RODRICK ROLLE'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS

Interpleader Defendant, Rodrick Rolle hereby submits this Reply Brief in support of his

Motion to Dismiss [DE 39], and states as follows:

1. Rodrick Rolle adopts all arguments set forth in Interpleader Defendant Nilda

Meralla's Reply [DE 75] as if fully set forth herein.

Dated: September 15, 2025

                                */s/C. Calvin Warriner, III*
                                C. Calvin Warriner III
                                Florida Bar No.: 1025779
                                Attorney E-Mail: ccw@searcylaw.com
                                Primary E-Mail:  CCWTeam@searcylaw.com
                                2139 Palm Beach Lakes Boulevard
                                West Palm Beach, FL 33409
                                Phone: (561) 686-6300

Fax: (561) 383-9442
***Counsel for RODRICK ROLLE as Personal Representative of the Estate of Sharon Ferguson***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF on this 15th day of September, 2025, which will provide a copy of the foregoing document to all counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure.

*s/C. Calvin Warriner, III*
C. Calvin Warriner III
Florida Bar No.: 1025779
Attorney E-Mail: ccw@searcylaw.com
Primary E-Mail:  CCWTeam@searcylaw.com
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax: (561) 383-9442
***Counsel for RODRICK ROLLE as Personal Representative of the Estate of Sharon Ferguson***